BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000



FILED

JUN 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 13 SW - 0 0 1 6 4 BAM

In the Matter of the
Seizures of:

(1) The balance of funds
maintained at Bank of
America Account/Member
Number #325012948880 titled
in the name of Victor A.
Nottoli and Jun Wu Living
Trust, not to exceed
$3,173,572.25;

(2) The balance of funds
maintained at Bank of
America Account/Member
Number #383412969, titled in
the name of De Zheng Wu with
Jun Wu as Power of Attorney,
not to exceed $1,685,500.00;

(3) The balance of funds
maintained at CitiBank
Account/Member Number
#40019819131, titled in the
name of De Zheng Wu with Jun
Wu as Power of Attorney, not
to exceed $819,890.00;

(4) The balance of funds
maintained at JP Morgan
Chase Account/Member Number
#2973285105, titled in the
name of De Zheng Wu with Jun
Wu as Power of Attorney, not
to exceed $680,000.00;

ORDER SEALING SEIZURE WARRANTS,
SEIZURE WARRANT APPLICATIONS,
SEALING APPLICATION AND SEALING
ORDER

**Under Seal**

1

1   (5) The balance of funds       )
    maintained at Wells Fargo      )
2   Bank Account/Member Number     )
    #9763356988, titled in the     )
3   name of De Zheng Wu with Jun)
    Wu as Power of Attorney, not)
4   to exceed $488,800.00;          )
                                    )
5   (6) The balance of funds       )
    maintained at Metro United     )
6   Bank Account/Member Number     )
    #760052602 titled in the       )
7   name of Victor A. Nottoli      )
    and Jun Wu Living Trust, not)
8   to exceed $730,000.00;          )
                                    )
9   (7) All funds maintained at )
    Bank of America/Member         )
10  Number #164102381136, titled)
    in the name of The Only        )
11  Source Corporation, not to     )
    exceed $85,000.00;              )
12                                  )
    (8) All funds maintained at )
13  Bank of America/Member         )
    Number #1269615448, titled     )
14  in the name of BioNaturals     )
    Inc., not to exceed            )
15  $60,000.00; and                )
                                    )
16  (9) The balance of funds       )
    maintained at HSBC Account/ )
17  Member Number #277-46861-2, )
    titled in the name of Victor)
18  Anthony Nottoli & Jun Wu,      )
    not to exceed $150,000.00.     )
19  _____)
                                    )
20                                  )

21
          The United States of America has applied to this Court for an
22
    Order permitting it to file the Seizure Warrants, Seizure Warrant
23
    Applications, Sealing Applications and Sealing Order in the
24
    above-captioned matters, in camera under seal.   Upon
25
    consideration of the applications and the entire record herein,
26
          IT IS HEREBY ORDERED that the Seizure Warrants, Applications,
27
    underlying documents, and this Order in the above-entitled
28

                                    2

1  proceedings shall be filed with this Court in camera under seal

2  and shall not be disclosed to any person unless otherwise Ordered

3  by this Court.

4  DATED: June 25, 2013 _____
                               BARBARA A. McAULIFFE
5                              U.S. Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3